**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00219-CV**
_____

**DAVID P. ELLENT, PLLC, Appellant**

**VS.**

**TODD YOUNGBLOOD, WILLIAM FRIDLEY, PATRICK OGIDAN, STEPHAN FILLMAN, MARIA CHARRON, AND SHARON OGIDAN, Appellees**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 20-08-09746-CV

**MEMORANDUM OPINION**

Appellant David P. Ellent, PLLC filed a motion to dismiss this accelerated appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on November 4, 2020
Opinion Delivered November 5, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.